# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER, # L1625**                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:20cv197-HSO-RPM**

**MELISSA JENKINS, MARSHALL
TURNER, UNKNOWN MOM'S,
LIEUTENANT REACH, JAMES MILLER,
KIMBERLY DINGEZ, RONALD KING,
ANGIE HOLLOWAY, MICHELLE
JACKSON, PAMELA ROBINSON, JANE
DOE, GIA MCLEOD, RICHARD
PENNINGTON, and JARITA BIVENS**                                    **DEFENDANTS**

## ORDER AMENDING DOCKET

BEFORE THE COURT is pro se Plaintiff Demario Dontez Walker's Response [15]. He is incarcerated with the Mississippi Department of Corrections, and he challenges the conditions of his confinement. The Response first corrects Defendant Mom's name. Walker claims this name should be "Timothy Morris." The Response also adds Ranice Matthews, Sean Smith, John Doe, Jerry Williams, Kathryn McIntyre, John Cooksy, and Russle Houston as Defendants. The Clerk of Court shall amend the docket accordingly.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall change Defendant Unknown Mom's name on the docket to "Timothy Morris." The Clerk shall also add Ranice Matthews, Sean Smith, John Doe, Jerry Williams, Kathryn McIntyre, John Cooksy, and Russle Houston as Defendants herein.

**SO ORDERED**, this the 2nd day of November, 2020.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE